UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re Search Warrant for | : | Magistrate No.: 07-379-M-01 |
| | : | |
| 1990 Ford, | : | |
| VIN# 1FDKE37G2KHC24921 | : | FILED UNDER SEAL |

## MOTION TO UNSEAL CASE AND MEMORANDUM IN SUPPORT THEREOF

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves to unseal the above-captioned case, including the search warrant, list of items to be seized, return, affidavit in support of the search warrant.

In support of its motion, the government states that there is need to provide the search warrant and affidavit to counsel for a target in response to requests for pre-indictment discovery.

The government also states in support of its motion to unseal that there is no longer a need for the sealing.

Therefore, the government respectfully requests that the Court grant the motion to unseal.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
VIRGINIA CHEATHAM
Assistant U.S. Attorney
United States Attorney's Office
District of Columbia
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9732

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re Search Warrant for | : | Magistrate No.: 07-379-M-01 |
| | : | |
| 1990 Ford, | : | |
| VIN# 1FDKE37G2KHC24921 | : | |
| | : | **FILED UNDER SEAL** |

## ORDER

This matter comes before the Court upon the government's Motion to Unseal search warrant and memorandum in support thereof in the above-captioned case. For the reasons stated therein, it is this ___ day of _____ 2007,

ORDERED that the government's Motion to Unseal is granted and the search warrant, affidavit, and other documents relating to the above-captioned case shall be unsealed and this Motion and Order shall be unsealed until further order of the Court.

_____
UNITED STATES MAGISTRATE JUDGE

Copy to:

Virginia Cheatham
United States Attorney's Office
District of Columbia
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530