UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re Search Warrant for | : | Magistrate No.: 07-379-M-01 |
| | : | |
| 1990 Ford, | : | |
| VIN# 1FDKE37G2KHC24921 | : | |
| | : | FILED UNDER SEAL |

**MOTION TO SEAL MOTION TO UNSEAL**
**SEARCH WARRANT, AND MEMORANDUM IN SUPPORT THEREOF**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court for an Order to seal the motion to unseal the Search Warrant for **1990 FORD, VIN# 1FDKE37G2KHC24921**. In support of its motion, the government states as follows:

1. The government is now requesting that the search warrant be unsealed.

2. Currently, the search warrant is sealed; the government files the motion to unseal under seal, as the search warrant is sealed until the Court grants the motion to unseal.

WHEREFORE, for all the foregoing reasons, the government respectfully requests that the motion to unseal be filed under seal until order of the Court, should the Court grant the government's motion to unseal.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
VIRGINIA CHEATHAM
Assistant United States Attorney
D.C. Bar No. 411980
Fraud/Public Corruption Section
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 514-9732

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re Search Warrant for | : | Magistrate No.: 07-379-M-01 |
| | : | |
| 1990 Ford, | : | |
| VIN# 1FDKE37G2KHC24921 | : | |
| | : | FILED UNDER SEAL |

## ORDER

This matter comes before the Court upon the government's Motion to Seal the Motion to Unseal search warrant and memorandum in support thereof in the above-captioned case. For the reasons stated therein, it is this ___ day of _____ 2007,

ORDERED that the government's Motion Seal the Motion to Unseal is granted and Motion to Unseal the search warrant, affidavit, and other documents relating to the above-captioned case shall be filed under sealed until further Order of the Court.

_____
UNITED STATES MAGISTRATE JUDGE

Copy to:

Virginia Cheatham
United States Attorney's Office
District of Columbia
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530