UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re Search Warrant for  :  Magistrate No.: 07-379-M-01
:
1990 Ford,  :
VIN#  :
:  FILED UNDER SEAL
:

**FILED**

SEP 07 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

This matter comes before the Court upon the government's Motion to Unseal search warrant and memorandum in support thereof in the above-captioned case. For the reasons stated therein, it is this 7c day of Sept 2007,

ORDERED that the government's Motion to Unseal is granted and the search warrant, affidavit, and other documents relating to the above-captioned case shall be unsealed and this Motion and Order shall be unsealed until further order of the Court.

_____
UNITED STATES MAGISTRATE JUDGE

Copy to:

Virginia Cheatham
United States Attorney's Office
District of Columbia
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530